## RUDISILL v. RUDISILL

No. 194P91

Case below: 102 N.C.App. 280

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 September 1991. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 4 September 1991.

## RUNYON v. PALEY

No. 306A91

Case below: 103 N.C.App. 208

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues allowed 4 September 1991.

## STATE v. BOYKIN

No. 203P91

Case below: 102 N.C.App. 352

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 4 September 1991. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 September 1991.

## STATE v. COOPER

No. 380P91

Case below: 103 N.C.App. 665

Petition by Attorney General for writ of supersedeas and temporary stay denied 29 August 1991.

## STATE v. ESTES

No. 211P91

Case below: 101 N.C.App. 575
329 N.C. 272

Petition by defendant to rehear petition for writ of certiorari dismissed 4 September 1991.